UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Statesboro Division

USA )
)
vs )  CASE NUMBER  CR605-38
)
Donnie D. Rushing )
)

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 14 day of June, 2007.

UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA