FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT 2017 JUN 22 AM 10: 18
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CLERK 
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No. CR605-038 |
| | ) | |
| DONNIE P. RUSHING | ) | |

## O R D E R

The above captioned case filed in the Btatesboro Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this __22nd__ day of June, 2017.

J. Randal Hall
Chief United States District Judge
Southern District of Georgia